**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:16-CV-225-RJC-DCK**

| | |
|---|---|
| **DEBRA C. JACKSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **HANESBRANDS INC and MEGA FORCE** ) | |
| **STAFFING SERVICES,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case.

The mediator, Sarah J. Kromer, filed a "Certification Of ADR Session" (Document No. 24)

notifying the Court that the parties reached a settlement on December 14, 2016. The Court

commends the mediator and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in

this case on or before **January 20, 2017**.

**SO ORDERED**.

Signed: December 20, 2016

David C. Keesler
United States Magistrate Judge